IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00102-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BLAINE JARED COOK (2) | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's motion, (Doc. No. 98), for appointment of counsel to assist in proceedings resulting from his motion for compassionate release, (Doc. No. 93).

Title 18, United States Code, Section 3582(c)(1)(A) allows a defendant to file a motion for a sentence reduction based on "extraordinary and compelling reasons" after the lapse of 30 days of the receipt of such a request by the warden of the defendant's facility. There is no right to counsel in § 3582(c) proceedings. United States v. Legree, 205 F.3d 724, 729-30 (4th Cir. 2000). Furthermore, it appears from the record that the defendant has adequately raised issues on his own.

**IT IS, THEREFORE, ORDERED** that the defendant's motion for appointment of counsel is **DENIED**.

Signed: August 20, 2024

Robert J. Conrad, Jr.
United States District Judge